**DISMISS and Opinion Filed October 18, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-01056-CV**

**IN THE INTEREST OF Z.B. AND O.B., CHILDREN**

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-56400-2020**

## MEMORANDUM OPINION

Before Justices Molberg, Breedlove, and Kennedy
Opinion by Justice Kennedy

Appellant appeals from the trial court's February 29, 2024 judgment. Because appellant filed a timely request for findings of fact and conclusions of law, the notice of appeal was due on May 29, 2024 or, with and extension motion, June 13, 2024. *See* TEX. R. APP. P. 26.1(a), 26.3. Appellant filed a notice of appeal on September 5, 2024. Due to the untimely notice of appeal, we directed appellant to file a letter brief explaining how we have jurisdiction over this appeal. *See Brashear v. Victoria Gardens of McKinney, L.L.C.*, 302 S.W.3d 542, 545 (Tex. App.—Dallas 2009, no pet.) (op. on reh'g) (timely filing of notice of appeal jurisdictional).

In her letter brief, appellant asserts that we have jurisdiction because (1) she timely filed a motion for new trial on May 3, 2024, (2) the motion was overruled by operation of law on July 19, 2024, and (3) her notice of appeal was timely because it was filed within ninety days of July 19. Appellant's analysis is incorrect. A motion for new trial was due no later than April 1, 2024. *See* TEX. R. CIV. P. 329b(a) (motion for new trial due within thirty days after judgment signed); 4 (if due date falls on a Saturday, Sunday, or legal holiday, deadline extended to next day which is not a Saturday, Sunday, or legal holiday). Regardless, the deadline for filing a notice of appeal runs from the date the final judgment is signed, not from the date a motion for new trial is overruled. *See* TEX. R. APP. P. 26.1(a); *Bowers v. Bank of Am., N.A.*, No. 06-15-00080-CV, 2016 WL 348753, at *1 (Tex. App.—Texarkana Jan. 28, 2016, no pet.) (mem. op.).

Appellant's motion for new trial was untimely. As stated above, appellant's notice of appeal was due on May 29, 2024. Because she failed to file a timely notice of appeal, we lack jurisdiction. *See Brashear*, 302 S.W.3d at 545. We dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

/Nancy Kennedy/
_____
NANCY KENNEDY
JUSTICE

241056F.P05

–2–



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF Z.B. AND O.B., CHILDREN

No. 05-24-01056-CV

On Appeal from the 469th Judicial District Court, Collin County, Texas Trial Court Cause No. 469-56400-2020.
Opinion delivered by Justice Kennedy. Justices Molberg and Breedlove participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered October 18, 2024